# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | KE21 |
| Violation Number | F0BH002W |
| Officer Name | Little |
| Officer No. | 2554 |

F0BH002W

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| | |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 04/03/2025 10:34 |
| Offense Charged | FED 36 CFR 261.9A |
| Place of Offense | 235 Taz Road |
| Offense Description: Factual Basis for Charge | 36 CFR 261.9A - DAMAGE PROPERTY |
| HAZMAT | ☐ |

### DEFENDANT INFORMATION

Phone: (606)8723970

| Last Name | First Name | M.I. |
|---|---|---|
| Aguirre | Cesar | F |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Monticello | KY | 42633 | [redacted]/1973 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| A262112261544 | ☐ | MD | |

[X] Adult  [ ] Juvenile   Sex [X] M [ ] F

Race: | Hair: | Eyes: | Height: | Weight:

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee
PAY THIS AMOUNT   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 310 South Main Street, London, Kentucky 40741
Date (mm/dd/yyyy):
Time (hh:mm): 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

F0BH002W

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04/03/2025 while exercising my duties as a law enforcement officer in the Eastern District of KY

Pursuant to 16USC 551: On March 29, 2024, at approximately 17:00 hours, I followed up a complaint of a subject using equipment to dig and push garbage onto U.S. Forest Service (USFS) property behind a residence at 235 Taz Road, located in the Stearns Ranger District of the Daniel Boone National Forest. Upon investigating, it was apparent that the property owner had pushed a large amount of household trash from behind the residence, downslope and into the woods, with a skid steer. I was able to locate three trees painted with USFS red boundary paint and observed trash and soil damage well onto USFS property. On March 30, 2024, at approximately 16:35 hours, I spoke with the property owner, Cesar AGUIRRE by phone. He told me that when he bought the property, there was a large amount of household trash behind the house. AGUIRRE stated that he hired someone to bury the trash in the woods using a skid steer. He was completely unaware of where the USFS boundary was located. On April 2, 2025, at approximately 10:16 hours, spoke with Cesar AGUIRRE by phone. I explained to him about the soil damage restoration report and told him that if he completed the work himself the U.S. Forest Service would not seek the $2174 restitution amount from him in court. AGUIRRE stated that he would rather the U.S. Forest Service do the work, so it gets done correctly. At approximately 10:51 hours, I provided ALGUIRRE with mandatory appearance violation notices for 36 CFR 261.9(A), Damaging any natural feature or other property of the United States and 36 CFR 261.11(B), Possessing or leaving refuse, debris, or litter in an exposed or unsanitary condition.

The Violation notice was issued on April 3, 2025. It was mistakenly listed as April 2, 2025, in the copy transmitted to CVB.

See Incident Report # I0BH01X for detailed report. All photos and body camera video were uploaded into Axon Evidence.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/03/2025 [signature]
 Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:
 Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: **KE21**

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0BH002X | Little | 2554 |

F0BH002X

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/03/2025 10:34
Offense Charged: FED 36 CFR 261.11B

Place of Offense: 235 Taz Road

Offense Description: Factual Basis for Charge
36 CFR 261.11B - UNSANITARY CONDITIONS

HAZMAT ☐

### DEFENDANT INFORMATION

Phone: (606)8723970

| Last Name | First Name | M.I. |
|---|---|---|
| Aguirre | Cesar | F |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Monticello | KY | 42633 | [redacted]1973 |

Drivers License No.: A262112261544
CDL: ☐
D.L. State: MD
Social Security No.:

[X] Adult  [ ] Juvenile   Sex [X] M  [ ] F
Race / Hair / Eyes / Height / Weight

### VEHICLE

VIN:    CMV ☐

Tag No. / State / Year / Make/Model / PASS ☐ / Color

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee
PAY THIS AMOUNT   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 310 South Main Street, London, Kentucky 40741
Date (mm/dd/yyyy):
Time (hh:mm): 09:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F0BH002X

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __04/03/2025__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __KY__

Pursuant to 16USC 551: On March 29, 2024, at approximately 17:00 hours, I followed up a complaint of a subject using equipment to dig and push garbage onto U.S. Forest Service (USFS) property behind a residence at 235 Taz Road, located in the Stearns Ranger District of the Daniel Boone National Forest. Upon investigating, it was apparent that the property owner had pushed a large amount of household trash from behind the residence, downslope and into the woods, with a skid steer. I was able to locate three trees painted with USFS red boundary paint and observed trash and soil damage well onto USFS property. On March 30, 2024, at approximately 16:35 hours, I spoke with the property owner, Cesar AGUIRRE by phone. He told me that when he bought the property, there was a large amount of household trash behind the house. AGUIRRE stated that he hired someone to bury the trash in the woods using a skid steer. He was completely unaware of where the USFS boundary was located. On April 2, 2025, at approximately 10:16 hours, spoke with Cesar AGUIRRE by phone. I explained to him about the soil damage restoration report and told him that if he completed the work himself the U.S. Forest Service would not seek the $2174 restitution amount from him in court. AGUIRRE stated that he would rather the U.S. Forest Service do the work, so it gets done correctly. At approximately 10:51 hours, I provided ALGUIRRE with mandatory appearance violation notices for 36 CFR 261.9(A), Damaging any natural feature or other property of the United States and 36 CFR 261.11(B), Possessing or leaving refuse, debris, or litter in an exposed or unsanitary condition.

The Violation notice was issued on April 3, 2025. It was mistakenly listed as April 2, 2025, in the copy transmitted to CVB.

See Incident Report # I0BH01X for detailed report. All photos and body camera video were uploaded into Axon Evidence.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __04/03/2025__ _[signature]_
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident